**THE PORT AUTHORITY** OF NY & NJ

Law Department

4 World Trade Center
150 Greenwich Street
New York, NY 10007

September 18, 2019

**VIA ELECTRONIC FILING**
Hon. James L. Cott, U.S.M.J
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **George Brew v. Port Authority Trans-Hudson Corporation**
            **Docket No.:  1:19-cv-00648**

Dear Magistrate Cott:

I represent Port Authority Trans-Hudson Corporation in the above-referenced matter. Currently, there is a settlement conference scheduled for October 15, 2019.  I respectfully request that the settlement conference be adjourned to November 11, 2019 at 10:00 a.m.  I have spoken to my adversary and he consents to the adjournment and the new date.

Respectfully submitted,

Nicholas Mino, Esq.
(212) 435-3669


cc: Fredric Gold, Esq. (via electronic filing)