```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GEORGE BREW,                                    :
                                                :
                        Plaintiff,              :         **ORDER**
                                                :
        -v-                                     :         19-CV-648 (JLC)
                                                :
PORT AUTHORITY TRANS HUDSON                     :
CORPORATION,                                    :
                                                :
                        Defendant.              :
---------------------------------------------------------------X
```

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a conference today in this case, at which it set the following schedule:

1. A jury trial will begin on **April 27, 2020**, and is anticipated to take no longer than four days.

2. By **February 14, 2020**, the parties shall submit to the Court a joint pre-trial order, a list of proposed voir dire questions, requests to charge, a proposed verdict sheet, and any motions *in limine*. Responses to any motions *in limine* shall be submitted by **March 6, 2020**. When preparing and filing their submissions, the parties are directed to review and comply with the Court's Individual Rules on Pretrial and Trial Procedures (*see* Individual Rules III(A)-(C)).

3. A final pretrial conference will be held on **April 14, 2020** at **11:00 a.m.** in Courtroom 21-D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated: New York, New York
       December 10, 2019

_____
JAMES L. COTT
United States Magistrate Judge