UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEORGE BREW,                                    :
                                                :
                        Plaintiff,              :          **ORDER**
                                                :
            -v-                                 :          19-CV-648 (JLC)
PORT AUTHORITY TRANS HUDSON                      :
CORPORATION,                                     :
                                                :
                        Defendant.              :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order dated December 10, 2019, I directed parties to submit to the Court a joint pre-

trial order, a list of proposed voir dire questions, requests to charge, a proposed verdict sheet, and

any motions *in limine* by February 14, 2020. Dkt. No. 19. To date, the parties have failed to

comply with this Order. Accordingly, the parties are directed to comply with the Court's order

to file their submissions no later than **February 27, 2020**. Failure to do so may result in

sanctions.

           **SO ORDERED.**

Dated: February 20, 2020
        New York, New York

_____
JAMES L. COTT
United States Magistrate Judge